1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8              EASTERN DISTRICT OF CALIFORNIA
9                   SACRAMENTO DIVISION
10

| | |
|---|---|
| VALERIE JEAN KING,<br><br>                Plaintiff,<br><br>    vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case # 2:15-CV-01081-AC<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's opening brief.

Counsel for the Plaintiff had to take an emergency flight to Mississippi to be with a dying family member and address her affairs before she passes. Counsel for the Plaintiff has no access to her files or laptop in her current location and is a solo practitioner that does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief. Plaintiff requests an extension of time to

Page 1

December 30, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated November 21, 2015:	/s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

Attorney for Plaintiff

Dated November 21, 2015:	s/ KELSEY M. BROWN for Timothy Bolin
TIMOTHY BOLIN
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

The court adopts the parties' stipulation as outlined above.  Plaintiff's opening brief is now due on December 30, 2015.  The Court's Scheduling Order (Doc. 5) is modified accordingly.

IT IS SO ORDERED.

DATED:  December 29, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE